UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:23-cr-125-TPB-AAS
21 U.S.C. § 846
21 U.S.C. § 841(b)(1)(A)

MORTEZ DIOR DRAYTON

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Attempt to Possess a Controlled Substance with Intent to Distribute It)**

Beginning on an unknown date, but no later than in or around March 2021, and continuing through and including on or about March 8, 2023, in the Middle District of Florida, and elsewhere, the defendant,

MORTEZ DIOR DRAYTON

while aiding and abetting others, both known and unknown to the Grand Jury, did knowingly and willfully attempt to possess with the intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of 21 U.S.C. § 846, and punishable under 21 U.S.C. § 841(b)(1)(A).

## **FORFEITURE**

1.      The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2.      Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.      If any of the property described above, as a result of any acts or omissions of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Diego F. Novaes
Assistant United States Attorney

By: _____
James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

FORM OBD-34
April 23

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

MORTEZ DIOR DRAYTON

## INDICTMENT

Violations: 21 U.S.C. § 846 & 21 U.S.C. § 841(b)(1)(A)

A true bill,

_____
Foreperson

Filed in open court this <u>6th</u> day

of April 2023.

_____
Clerk

Bail $_____

GPO 863 525